In the Matter of AMY GUERNSEY, Respondent, v RICHARD GUERNSEY, Appellant. (And Another Related Proceeding.)

Submitted April 16, 2007; decided June 7, 2007

■

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceedings within the meaning of the Constitution. Motion for poor person relief dismissed as academic.